BANK LINE LIMITED, as Owner of the Steamship Hollybank, Libellant-Appellee, v. The STEAMSHIP RIO ATUEL, her engines, etc., Flota Mercante Del Estado Republica Argentina, Claimant-Respondent-Appellant.

No. 85, Docket 22147.

United States Court of Appeals
Second Circuit.

Argued Nov. 16, 1951.

Decided Nov. 29, 1951.

Kirlin, Campbell & Keating, New York City, Robert S. Erskine, New York City, and Malcolm D. Sylvester, New York City, of counsel, for appellant.

Haight, Deming, Gardner, Poor & Havens, New York City, MacDonald Deming and Charles S. Haight, New York City, of counsel, for appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of the court below, D.C., 101 F.Supp. 523, 1951 A.M.C. 956.

BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12881.

United States Court of Appeals
Ninth Circuit.

Dec. 20, 1951.

George H. Koster, San Francisco, Cal. (Bayley Kohlmeier, San Francisco, Cal., of counsel), for petitioner.

Ellis N. Slack, Acting Asst. Atty. Gen., Robert N. Anderson, Fred E. Youngman and Harry Marselli, Sp. Assts. to Atty. Gen., for respondent.

Before STEPHENS and HEALY, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

The facts in this case were stipulated and the issue was whether certain sales of properties were recognizable as bona fides for tax purposes. The case is before us upon review from the Tax Court and the facts, contentions of the taxpayer, and of the Commissioner of Internal Revenue are accurately related in the Tax Court's Findings of Fact and Opinion promulgated October 20, 1950; decision in favor of Commissioner of Internal Revenue was made and entered December 22, 1950. Title 15 T.C. 544. We are in accord with the reasoning and conclusions of the Tax Court as set out in its opinion and with the decision reached.

Affirmed.

Sam DURKIN, Appellant, v. UNITED STATES of America, Appellee.

No. 13715.

United States Court of Appeals
Fifth Circuit.

Jan. 7, 1952.

Sam Durkin, in pro. per.

Hilary J. Gaudin, Asst. U. S. Atty., John McKay, U. S. Atty., New Orleans, La., for appellee.

Before HOLMES, BORAH, and STRUM, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.